IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ORLANDO WALTON,<br><br>Plaintiff,<br><br>v.<br><br>GFA ALABAMA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Case No.<br>)  5:21-cv-01719-CLS<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Orlando Walton ("Plaintiff") and Defendant GFA Alabama, Inc. ("GFA") (collectively, the "Parties"), file this joint stipulation of dismissal of all Plaintiff's claims against Defendant in the above-styled action. The Parties stipulate and agree that each and every claim against the Defendant be dismissed with prejudice, each party to bear his or its own costs and attorney fees.

Respectfully submitted this 31 day of October 2022.

_____
Anthony D. Michel
Michel | King, LLC
505 20th Street North, Ste 1650
Birmingham, AL 35203
Anthony@wmalabamalaw.com
*Attorney for Plaintiff*

_____
T. Matthew Miller (ASB-2129-I66T)
Sarahanne Vaughan (ASB-1515-Q08B)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue N.
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Email: mmiller@bradley.com
Email: svaughan@bradley.com
*Attorneys for Defendant
GFA Alabama, Inc.*